**No. 11-173. In re Jason Blaine Phillips, Petitioner.**

565 U.S. 941, 132 S. Ct. 413, 181 L. Ed. 2d 291, 2011 U.S. LEXIS 7244.

October 11, 2011. Petition for writ of prohibition denied.

**No. 10-8709. Robert Lee Bean, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 960, 132 S. Ct. 447, 181 L. Ed. 2d 291, 2011 U.S. LEXIS 7225.

October 11, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 563 U.S. 919, 131 S. Ct. 1817, 179 L. Ed. 2d 776, 2011 U.S. LEXIS 2692.

**No. 10-10612. Michael Dennis Olds, Petitioner v. United States.**

565 U.S. 961, 132 S. Ct. 452, 181 L. Ed. 2d 291, 2011 U.S. LEXIS 7456.

October 17, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Tapia v. United States, 564 U.S. 319, 131 S. Ct. 2382, 180 L. Ed. 2d 357 (2011).

Same case below, 420 Fed. Appx. 260.

**No. 11-5829. Steven M. Jacob, Petitioner v. Robert P. Houston, Director, Nebraska Department of Correctional Services.**

565 U.S. 961, 132 S. Ct. 457, 181 L. Ed. 2d 291, 2011 U.S. LEXIS 7525.

October 17, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

**No. 11-6085. Mindy Zied-Campbell, Petitioner v. Estelle Richman, Secretary, Pennsylvania Department of Public Welfare, et al.**

565 U.S. 961, 132 S. Ct. 464, 181 L. Ed. 2d 291, 2011 U.S. LEXIS 7478.

October 17, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

Same case below, 428 Fed. Appx. 224.

**No. 11M36. Dwayne McFadden, Petitioner v. United States.**

565 U.S. 961, 132 S. Ct. 472, 181 L. Ed. 2d 291, 2011 U.S. LEXIS 7571.

October 17, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.